**93–1098.** State v. Gill. *Franklin County,* No. 92AP–945. On motion for leave to file *amicus* of Mothers Against Drunk Drivers instanter. Motion denied.

1472

DOUGLAS, RESNICK and PFEIFER, JJ., dissent.

On motion for leave to withdraw motion for leave to file *amicus* of Ohio Municipal Attorneys Association. Motion granted.

WRIGHT, J., dissents.

On motion to strike. Motion denied.